United States District Court
District of South Carolina

Jarrod Whitfield,
    Plaintiff,

vs.

Beaufort County Council,
et al., Defendants.

C/A No. 3:07-2674-GRA-JRM

MOTION TO AMEND SERVICE.

Now Comes plaintiff Jarrod Whitfield and requests that he be permitted to Amend Service of Process pursuant to Rule 4 and 5 of the Federal Rules of Civil Procedure, and in support shows the following:

1. That he be mailed a new USM-285 to complete for Beaufort County Council.

2. That Kelly J. Golden, Beaufort County Staff attorney, and Marshall H. Waldron, Jr./ Carolina Litigation Associates be served on behalf of Beaufort County Council.

3. That plaintiff be permitted to perfect service of process.

Respectfully,
Jarrod Whitfield
Jarrod Whitfield
P.O. Drawer 1228
Beaufort, SC 29901

November 8, 2007

Certificate of Service

That I have served a copy of this foregoing motion to amend service upon the defendants and or their counsel, U.S. Mail, postage-prepaid as follows:

County Council of Beaufort County
Administration Building
100 Ribaut Road, Suite 270
Post Office Drawer 1228
Beaufort, SC    29901-1228

Henry D. McMaster, Attorney General
State of South Carolina
P. O. Box 11549
5th Floor, Rembert Dennis Building
1000 Assembly Street
Columbia, SC    29211

Jarrod 3. Whitfield
Jarrod   Whitfield

(2)